IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| | : NOS. 08-450-01, 02, & 04 |
| v. | : |
| | : |
| CHRISTOPHER G. WRIGHT, | : |
| RAVINDER S. CHAWLA, and | : |
| ANDREW TEITELMAN | : |

**O R D E R**

**AND NOW,** this **19th** day of **March, 2013,** upon consideration of the proffered plea agreements under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that the plea agreements are **REJECTED.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1] The pleas were rejected orally from the bench in open court on March 15, 2013. This Order memorializes the Court's oral order.